UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE HILLER GROUP, INC.,

    Plaintiff,

v.                               Case No. 8:12-cv-481-T-30TGW

KENOSHA JET CENTER, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Joint Notice of Settlement (Dkt. #13) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2012.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-481.dismiss 13.wpd